Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste 150
San Diego, CA  92108
Tel:    619/758-1891
Fax:   619/296-2013
dpk@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS,<br><br>               Plaintiff,<br><br>  vs.<br><br>BLEIER & COX, LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP, CAPIAL ONE BANK (USA) N.A.,<br><br>               Defendants. | Case No.  2:11-cv-04428 AHM (OPx)<br><br>DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S RULE 7.1 (a) CORPORATE DISCLOSURE STATEMENT |

     NOW INTO COURT, through undersigned counsel, comes Defendant, NCO Financial Systems, Inc. ("NCO"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1.  Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2.  NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc, a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Dated: June 23, 2011            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                */s/ Debbie P. Kirkpatrick*
                                _____
                                Debbie P. Kirkpatrick
                                Attorneys for Defendant
                                NCO Financial Systems, Inc.