FILED
2011 JUN 28 AM 11: 07
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

Name: Deon L. Thomas, pro se
Address: 14624 Red Gum st
Moreno Valley, CA 92555
Phone: (951) 413-9071
Fax: _____
dlthomas32@gmail.com
In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon L Thomas

Plaintiff

v.

Bleier and Cox LLP Defendant
Co-Defendant: NCO Financial System Inc., Capital One, aka, Capital One, National Association, Capital One Financial Corp, Capital One Bank (USA), N.A., Capital One Bank (USA), N.A. (Bobosin)

Defendant(s).

CASE NUMBER:

CV11-04428 AHM(OPx)

TITLE OF PLEADING

Proof of Service of Summons

Comes Now, Plaintiff Deon L. Thomas, submits Proof of service of Summons. Please see Attachments.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Date: 6-28-2011

Deon L. Thomas, without prejudice

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTICT OF CALIFORNIA

DEON L. THOMAS, Pro Se,	)	Case No.: **CV 11-04428 AHM (OPx)**
	)
	)	**DECLARATION OF SERVICE**
vs	)
	)
BLEIER & COX LLP, et al.	)
	)

PERSON SERVED:

**CAPITAL ONE BANK USA N.A**

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**Summons; Civil Rights Violation Complaint; and Civil Cover Sheet.**

On **June 1, 2011 at 3:15 p.m.**, I personally delivered copies to the person served by serving it's Agent for service of Process:

**CORPORATION SERVICE COMPANY which will do business in California as CSC-Lawyers Incorporating Service, located at 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95834. Agent served: Becky DeGeorge.**

**Statement of Service Fees:**

Travel: $00.00 – Services: $43.50 – **TOTAL FEE: $43.50**

I declare under penalty of perjury under the law of the United States of American that the foregoing information contained in the Declaration of Services, and the Service of Fees is true and correct and this declaration was executed in West Sacramento, California on the **1st day of June, 2011.**

Robert Schabert
California Licensed Private Investigator #11654
CALIFORNIA CIVIL PROCESS, INC.
1510 Merkley Ave., Suite Five
West Sacramento, CA 95691
(916) 373-9065

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| **DEON L. THOMAS**, Pro Se, ) | Case No.: **2:11-cv-0442AH (opX)** |
| ) | |
| ) | **DECLARATION OF SERVICE** |
| vs ) | |
| ) | |
| **BLEIER & COX LLP**, et al. ) | |
| ) | |

PERSON SERVED:

**CAPITAL ONE BANK USA N.A.**

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**Summons in A Civil Action; and First Amendment to Complaint;**

On **June 14, 2011 at 3:50 p.m.,** I personally delivered copies to the person served by serving it's Agent for service of Process:

**CORPORATION SERVICE COMPANY which will do business in California as CSC-Lawyers Incorporating Service, located at 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95834. Agent served: Becky DeGeorge.**

**Statement of Service Fees:**

Travel: $00.00 – Services: $44.00 – **TOTAL FEE: $44.00**

I declare under penalty of perjury under the law of the United States of American that the foregoing information contained in the Declaration of Services, and the Service of Fees is true and correct and this declaration was executed in West Sacramento, California on the **14th day of June, 2011.**

_____
Robert Schabert
California Licensed Private Investigator #11654
CALIFORNIA CIVIL PROCESS, INC.
1510 Merkley Ave., Suite Five
West Sacramento, CA 95691
(916) 373-9065

Attachment 2