FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>BLEIER AND COX, LLP, et al.,<br><br>    Defendant. | CASE NO. CV11-04428-AHM (OPx)<br><br>PROOF OF SERVICE FOR DEFENDANTS BLEIER & COX, LLP, NCO FINANCIAL SYSTEMS, INC, AND CAPITAL ONE BANK USA N.A. |

June 23, 2011

## Proof of Services for:

Defendant
Bleier & Cox LLP

Co-Defendant
NCO Financial Systems, Inc.,

Co-Defendant
CAPITAL ONE, aka,
CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP..
CAPITAL ONE BANK (USA), N. A., Capital One Bank (USA), N.A. ("COBUSANA")

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing summons: Thomas vs. Bleier & Cox LLP Defendant at 16130 Ventura BLVD, Ste 620, Encino, CA. 91436 has been served upon the Defendant via process server on or about June 8, 2011, along with the Co-Defendant CAPITAL ONE, aka, CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N. A., Capital One Bank (USA), N.A. ("COBUSANA") has been served to CSC- Corporating Service, agent address: 2730 Gateway Oaks Dr. STE 100 Sacramento, CA 95833 on or about June 1, 2011, and Co-Defendant NCO Financial System Inc. on Agent for service of process C T CORPORATION SYSTEM, 818 W 7TH ST., LOS ANGELES CA 90017 on or about June 2, 2011 with affidavit of service by Process Service Receipt to be submitted to the Clerk of the Court.

_Deon L. Thomas_ /without prejudice
Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

Deon L. Thomas, Pro Se
14626 Red Gum St
Moreno Valley, Ca 92555

                    Ref. No. :
Attorney for : Plaintiff
Court: UNITED STATES DISTRICT COURT CALIFORNIA, CENTRAL DISTRICT

Plaintiff: Thomas                          Case no.:11-04428
Defendant: Bleier & Cox                    Notice Of Service

Hearing Date :  / /        Time :  : XM        Dept/Div :
1. At the time of service I was at least 18 years of age and not a party to
   this action, and served copies of the :
   SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; EXHIBIT A-J


2. A. Party served :Bleier & Cox LLP

   B. Person served:by leaving copies with Jane Doe Refused name,
                    Recptionist PERSON APPARENTLY IN CHARGE OF OFFICE / whi
                    ite/fem brwn hair 5'5 160lbs age 27
   C. Address       :16130 Ventura Blvd
                    STE 620
                    Encino, Ca 91436
3. I served the party named in item 2
   b. by leaving the copies with or in the presence of :
      Jane Doe Refused name, Recptionist PERSON APPARENTLY IN CHARGE OF
      OFFICE / white/fem brwn hair 5'5 160lbs age 27

      (1) (business) a person at least 18 years of age apparently in
          charge at the office or usual place of business of the person
          person served. I informed him or her of the general nature
          of the papers.
      (3) on :         6/08/11
      (4) at :         2:35PM
   c. by mailing the copies to the person served,addressed as shown in
      item 2c, by first class mail, postage prepaid,
      (1) on :         6/14/11
      (2) from :       Orange

4. The "Notice to the Person Served" (on the summons) was completed
   as follows:
   c. on behalf of:Bleier & Cox LLP

      under :

5. Person serving :                a. Fee for service :   $59.00
                                   d. Registered California process
Orange County Process Serving         server
333 City Blvd 17th Flr.               (1) Employee or Independent Contractor
Orange, Ca 92868                      (2) Registration No.: 1782
                                      (3) County :ORANGE
(714) 978-6090

  6. XX I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                              _____G Thompson_____
Date: 6-8-11                            SIGNATURE

Form adopted by Rule 982.9 (a)(23)
Judicial council form POS-010         **PROOF OF SERVICE**         Code Civ. 417.10
Subd (b) amended effective July 1, 2004

For Court Use Only

```
eon L. Thomas, Pro Se
14626 Red Gum St
Moreno Valley, Ca 92555

                        Ref. No. :
Attorney for : Plaintiff
Court: UNITED STATES DISTRICT COURT CALIFORNIA. CENTRAL DISTRICT

Plaintiff: Thomas                                Case no.:11-04428
Defendant: Bleier & Cox                          Notice Of Service

Hearing Date :    / /         Time :    :   XM       Dept/Div :
1. At the time of service I was at least 18 years of age and not a party to
   this action, and served copies of the :
   SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; EXHIBIT A-J




2. A. Party served :NCO Financial Systems, Inc

   B. Person served:served Margaret Wilson, agent AUTHORIZED TO ACCEPT
                    SERVICE

   C. Address        :818 W 7th St
                      Ste 100
                      Los angeles, Ca 90017
3. I served the party named in item 2
   a. By personally delivering the copies
      (1) on :      6/02/11
      (2) at :      11:12AM
   c. by mailing the copies to the person served,addressed as shown in
      item 2c, by first class mail, postage prepaid,
      (1) on :      6/03/11
      (2) from :    Orange

4. The "Notice to the Person Served" (on the summons) was completed
   as follows:
   c. on behalf of:NCO Financial Systems, Inc

      under :CCP 416.10 (corporation)

5. Person serving :                a. Fee for service : $59.00
   Bruce Anderson                  d. Registered California process
   Orange County Process Serving      server
   333 City Blvd 17th Flr.            (1) Employee or Independent Contractor
   Orange, Ca 92868                   (2) Registration No.: 1782
                                      (3) County :ORANGE
   (714) 978-6090
```

6. XX I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 0/2/11         SIGNATURE

---

Form adopted by Rule 982.9 (a)(23)
Judicial council form POS-010
Subd (b) amended effective July 1, 2004

**PROOF OF SERVICE**

Code Civ. 417.10

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTICT OF CALIFORNIA

DEON L. THOMAS, Pro Se,  )
                         )
                         )   Case No.: **CV 11-04428 AHM (OPx)**
         vs              )
                         )   **DECLARATION OF SERVICE**
                         )
BLEIER & COX LLP, et al. )
_____)

PERSON SERVED:

**CAPITAL ONE BANK USA N.A**

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**Summons; Civil Rights Violation Complaint; and Civil Cover Sheet.**

On **June 1, 2011 at 3:15 p.m.**, I personally delivered copies to the person served by serving it's Agent for service of Process:

**CORPORATION SERVICE COMPANY which will do business in California as CSC-Lawyers Incorporating Service, located at 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95834. Agent served: Becky DeGeorge.**

**Statement of Service Fees:**

Travel: $00.00 – Services: $43.50 – **TOTAL FEE: $43.50**

I declare under penalty of perjury under the law of the United States of American that the foregoing information contained in the Declaration of Services, and the Service of Fees is true and correct and this declaration was executed in West Sacramento, California on the **1st day of June, 2011.**

_____
Robert Schabert
California Licensed Private Investigator #11654
CALIFORNIA CIVIL PROCESS, INC.
1510 Merkley Ave., Suite Five
West Sacramento, CA 95691
(916) 373-9065

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, Pro Se, | Case No.: 2:11-cv-0442AH (opX) |
| vs | DECLARATION OF SERVICE |
| BLEIER & COX LLP, et al. | |

**PERSON SERVED:**

**CAPITAL ONE BANK USA N.A.**

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

**Summons in A Civil Action; and First Amendment to Complaint;**

On **June 14, 2011 at 3:50 p.m.**, I personally delivered copies to the person served by serving it's Agent for service of Process:

**CORPORATION SERVICE COMPANY which will do business in California as CSC-Lawyers Incorporating Service, located at 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95834. Agent served: Becky DeGeorge.**

**Statement of Service Fees:**

Travel: $00.00 – Services: $44.00 – **TOTAL FEE: $44.00**

I declare under penalty of perjury under the law of the United States of American that the foregoing information contained in the Declaration of Services, and the Service of Fees is true and correct and this declaration was executed in West Sacramento, California on the **14th day of June, 2011.**

Robert Schabert
California Licensed Private Investigator #11654
CALIFORNIA CIVIL PROCESS, INC.
1510 Merkley Ave., Suite Five
West Sacramento, CA 95691
(916) 373-9065