Harvey M. Moore, Esq., CBN 101128
Terri Lazo, Esq., CBN 228663
The Moore Law Group,
A Professional Corporation
3710 S. Susan St., Ste 210
P.O. Box 25145
Santa Ana, CA 92799-5145
(714) 431-2000

Attorneys for Defendant
Bleier & Cox, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS,<br><br>       Plaintiff,<br><br>     vs.<br><br>BLEIER & COX, LLP<br><br>       Defendant.<br><br>Co-Defendants<br>NCO FINANCIAL SYSTEMS, INC.,<br>CAPITAL ONE, aka CAPITAL ONE,<br>NATIONAL ASSOCIATION,<br>CAPITAL ONE FINANCIAL CORP.,<br>CAPITAL ONE BANK (USA), N.A.,<br>CAPITAL BANK (USA), N.A.<br>("COBUSANA")<br>DOES 1 through 10 | Case No. 2:11-cv-04428 AMH (OPx)<br><br>**REVISED CERTIFICATE OF SERVICE** |

///

///

///

///

# CERTIFICATE OF SERVICE

I, Terri Lazo, do hereby certify that on July 13, 2011, a copy of Defendant Bleier & Cox, LLP's Answer to First Amended Complaint was sent by U.S. Mail to:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Debbie P. Kirkpatrick, Esq.
Sondra R. Levine, Esq.
Sessions, Fishman, Nathan, & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426
Attorneys for NCO Financial Systems, Inc.

_____ /s/ Terri Lazo_____
TERRI LAZO

///

///

///

///

///

///

///

///

///

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3710 S. Susan Street, Suite 210, Santa Ana, CA 92704.

On July 13, 2011, I served the foregoing documents described as:

**Revised Certificate of Service for Answer to First Amended Complaint**

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[x] by placing  _____  the original  _x_  a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] by causing personal service of the foregoing document via DDS at the following address:

**Deon L. Thomas**
**14626 Red Gum Street**
**Moreno Valley, CA 92555**

**Debbie P. Kirkpatrick, Esq.**
**Sondra R. Levine, Esq.**
**Sessions, Fishman, Nathan, & Israel, LLP**
**1545 Hotel Circle South, Suite 150**
**San Diego, CA 92108-3426**
**Attorneys for NCO Financial Systems, Inc.**

[ x]BY MAIL

    [ ] I deposited such envelope in the mail at Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

    [x ]As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] ** (VIA EMAIL) I caused the above-referenced document to be delivered via electronic mail to the above-referenced email address.

[ ] ** (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] **(VIA ONTRAC OVERNIGHT EXPRESS) As follows:  I am "readily familiar" with the

2

firm's practice of practice of collection and processing documents for overnight delivery.

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x](Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2011, at Santa Ana, California

_____/s/ Terri Lazo_____
TERRI LAZO