Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

FILED
2011 JUL 22 PM 3:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas Pro Se' )
Plaintiff )
)
V. )  Case No: 2:11-cv-04428 AHM (OPx)
)
Bleier & Cox LLP )  **MOTION FOR DEFAULT JUDGEMENT**
Defendant )
)  Judge: A. Howard Matz
Co-Defendants )  Date: August 22, 2011
NCO Financial Systems, Inc., CAPITAL ONE, aka )  Location: Los Angeles-Spring Street, 14-Spring St. Floor
CAPITAL ONE, NATIONAL ASSOCIATION, )  Type: Civil
CAPITAL ONE FINANCIAL CORP., CAPITAL   Time: 10:00
ONE BANK (USA), N. A., Capital One Bank
(USA), N.A. ("COBUSANA")
Does 1 through 10

## MOTION FOR DEFAULT JUDGEMENT

Comes now the Plaintiff Deon L. Thomas hereinafter (Plaintiff):

The Plaintiff motions the court for default judgment as outlined in the Federal Rules of Procedure 4 & 55. The California Civil Process, Inc., served upon the Co-Defendant CAPITAL ONE, aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N. A., Capital One Bank (USA), N.A. ("COBUSANA") agent for service of process CSC-Lawyers Incorporation Service, located at , 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95834. Agent Served: Becky DeGeorge, the First Amended Summons and Complaint for this action on or about the 14th Day of June 2011. According to the record the Co-Defendant was due to respond on July 6th 2011. The Attorney Hunter R. Eley, who was authorized to accept summons and Complaint for Co-Defendant CAPITAL ONE BANK (USA), N. A., was sent a Notice and Acknowledgment of Receipt of First Amended Summons and Complaint on June 30, 2011. The Co-Defendant had 20 days to respond and the Co-Defendant has failed to do so as required by the summons and complaint outlined in Rule 4. The Co-Defendant has not been represented on record with the court and has not responded to the complaint. The Plaintiff has attached an Notice and Acknowledgment of Receipt of Summons and Complaint, and also an

1  affidavit of competency as required by the Rules of Procedure. The plaintiff motions the court to issue a default
2  judgment in favor of the Plaintiff in the amount of. $60,000.00 As outlined in the complaint.

4  Respectfully submitted this 22nd Day of July 2011.

_____
Deon L. Thomas, Pro Se', Without Prejudice, All Rights Reserved
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

## CERTIFICATE OF SERVICE

I **Joscelin B. Thomas**, do hereby certify that I am not a party to the cause herein, and that on July 22, 2011, I served the **MOTION FOR DEFAULT JUDGEMENT** upon the counsel, Hunter R. Eley, of Doll Amir & Eley LLP, named below by depositing in the United States mail, one copy of the original filed/entered herein a separate sealed envelope to the address shown below with postage full pre-paid.

Doll Amir & Eley LLP
Hunter R. Eley
1888 Century Park East, Ste. 1850
Los Angeles, CA. 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/22/11

_____
(signature)

Joscelin B. Thomas
14626 Red Gum St
Moreno Valley, CA 92555