**DOLL AMIR & ELEY LLP**
Hunter R. Eley (SBN 224321)
Hemmy So (SBN 259374)
1888 Century Park East
Suite 1850
Los Angeles, CA 90067
Telephone:  (310) 557-9100
Facsimile:  (310) 557-9101
E-mail:    HEley@dollamir.com
           HSo@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS Pro Se<br><br>　　　　Plaintiff.<br><br>　　v.<br><br>BLEIER & COX LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N.A. ("COBUSANA); and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. CV11-04428 AHM (OPx)<br><br>**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF INTERESTED PARTIES** |

**TO THE COURT AND PLAINTIFF DEON L. THOMAS:**

In accordance with Local Rule 7-1, the undersigned counsel of record for Capital One Bank (USA), N.A., certifies that the following listed parties may have a pecuniary interest in the outcome of this litigation.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. The nongovernmental corporate party, Capital One Bank (USA), N.A., has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:  Capital One Financial Corporation.
2. Defendant Bleier & Cox LLP
3. Defendant NCO Financial Systems, Inc.
2. Plaintiff Deon L. Thomas.

Dated:  July 25, 2011                              **DOLL AMIR & ELEY LLP**

/s/ *Hemmy So*_____.
   Hemmy So
Attorneys for Defendant:
CAPITAL ONE BANK (USA), N.A.
Email: HSo@DollAmir.com

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On July 25, 2011, I served the foregoing document described as **DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 25, 2011, at Los Angeles, California.

/s/ *Felicia Dorng*
Felicia Dorng

**SERVICE LIST**

| | |
|---|---|
| Deon L. Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | T: (951) 413-9071<br>F: (951) 242-7015<br>Dlthomas32@gmail.com<br>*Plaintiff in Pro Se* |

DOLL AMIR & ELEY LLP