**DOLL AMIR & ELEY LLP**
Hunter R. Eley (SBN 224321)
Hemmy So (SBN 259374)
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel:  310.557.9100
Fax: 310.557.9101
E-mail:       HEley@dollamir.com
              HSo@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS Pro Se<br><br>    Plaintiff,<br><br>v.<br><br>BLEIER & COX LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N.A. ("COBUSANA"), and DOES 1 through 10,<br><br>    Defendants. | Case No. CV11-04428 AHM (OPx)<br><br>**EXHIBITS TO DECLARATION OF HEMMY SO IN SUPPORT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date: August 22, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. A. Howard Matz |

# **EXHIBIT A**

**Hemmy So**
___

**From:** Hunter Eley [HEley@Dollamir.com]
**Sent:** Tuesday, July 12, 2011 2:11 PM
**To:** deon thomas`; deon thomas`
**Cc:** Hemmy So; Hemmy So
**Subject:** RE: Thomas v. Bleier & Cox LLP, et. al.,

Mr. Thomas,


Thank you for following up with me on this matter. I have been unable to take your calls, as I had filing deadlines the last two days. I have copied my colleague Hemmy So on this email, as she will be working with me on this case. One of us will be back in touch with you shortly.

Best regards,

Hunter R. Eley
Doll Amir & Eley LLP
1888 Century Park East,
Suite 1850
Los Angeles, CA  90067
Tel: (310) 557-9100
Fax: (310) 557-9101
http://www.dollamir.com

**From:** deon thomas` [mailto:dlthomas32@gmail.com]
**Sent:** Tuesday, July 12, 2011 12:28 PM
**To:** Hunter Eley
**Subject:** Thomas v. Bleier & Cox LLP, et. al.,

Mr. Eley,

I have attempted to contact you several times yesterday. We must remember to keep open communication with each other, this process can go smoothly if we allow it to. I will be available to talk with you today, if you are open for a conversation regarding this matter, please give me a call.

Deon L. Thomas
951-413-9071

1

# **<u>EXHIBIT B</u>**

**Hemmy So**

**From:** deon thomas` [dlthomas32@gmail.com]
**Sent:** Thursday, July 21, 2011 12:22 PM
**To:** Hemmy So; Hemmy So
**Subject:** Deon L. Thomas v. Bleier and Cox

Ms. So,

We need to meet and confer more before the end of the week. This is a follow up on the conversation we had on 7/14.

 My intent in reaching out to you again is to assist you in ensuring your client, Capital One Bank (USA), N.A. are given a fair opportunity resolve this matter.

Please let me know a convenient time and phone number to reach you to discuss these matters.  Thank you in advance for your attention to this matter.

Deon L Thomas
951-413-9071
dlthomas32@gmail.com

1

**Hemmy So**

**From:** deon thomas` [dlthomas32@gmail.com]
**Sent:** Thursday, July 21, 2011 2:47 PM
**To:** Hemmy So; Hemmy So
**Subject:** Re: Settlement and Demand

Here is one more time.

On Thu, Jul 14, 2011 at 2:55 PM, deon thomas` <dlthomas32@gmail.com> wrote:
Ms. So,

Per our conversation, I am sending a settlement and demand for your client Capital One Bank (USA) N.A.

SETTLMENT DEMAND FROM PLAINTIFF DEON L. THOMAS TO DEFENDANT CAPITAL ONE BANK (USA), N. A.



Deon L. Thomas, Pro Se'

14626 Red Gum Street

Moreno Valley, CA 92555

951-413-9071/951-242-7015

dlthomas32@gmail.com

1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On August 1, 2011, I served the foregoing document described as **EXHIBITS TO DECLARATION OF HEMMY SO IN SUPPORT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☒ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2011, at Los Angeles, California.

/s/ *Felicia Dorng*
Felicia Dorng

**SERVICE LIST**

| | |
|---|---|
| Deon L. Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | T: (951) 413-9071<br>F: (951) 242-7015<br>Dlthomas32@gmail.com<br>*Plaintiff in Pro Se* |

DOLL AMIR & ELEY LLP