**DOLL AMIR & ELEY LLP**
Hunter R. Eley (SBN 224321)
Hemmy So (SBN 259374)
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101
E-mail:	HEley@dollamir.com
	HSo@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS Pro Se<br><br>　　　　Plaintiff,<br><br>v.<br><br>BLEIER & COX LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N.A. ("COBUSANA"), and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV11-04428 AHM (OPx)<br><br>**DECLARATION OF HUNTER R. ELEY IN SUPPORT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date: August 22, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. A. Howard Matz |

1

DECLARATION OF HUNTER R. ELEY　　　　　　　　　　　　　　　CASE NO. CV11-04428 AHM (OPX)

# DECLARATION OF HUNTER R. ELEY

I, Hunter R. Eley, declare:

1. I am an attorney duly licensed to practice law in California, and am a partner at the law firm of Doll Amir & Eley LLP, counsel of record for Defendant Capital One Bank (USA), N.A. ("Capital One"). I submit this declaration in support of Capital One's Opposition to Plaintiff's Motion For Default Judgment. The following facts are true of my own personal knowledge and, if called upon to testify, I could and would testify competently thereto.

2. In late June, I contacted Plaintiff Deon L. Thomas to request that he provide a Notice of Acknowledgement and Receipt of Summons and Complaint ("NAR") to assist Mr. Thomas in properly serving the Complaint.

3. My office received the NAR on or about June 30, 2011. I signed the NAR on or about July 5, 2011 confirming that our office had received the Summons and Complaint on June 30, 2011. My office served the document to Mr. Thomas on July 6, 2011. Attached hereto as **Exhibit 1** is a true and correct copy of the NAR with a Proof of Service.

4. On or about July 12, 2011, I received an email from Mr. Thomas stating that he wished to discuss his case with me. I responded to his email that same day and noted that due to scheduling conflicts, I had not been able to return his phone calls immediately. I copied my colleague Hemmy So on the email and advised Mr. Thomas that either I or Ms. So would contact him shortly. Attached hereto as **Exhibit 2** is a true and correct copy of the July 12, 2011 email exchange between Hunter R. Eley and Deon L. Thomas.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed this 1st day of August, 2011, in Los Angeles, California.

/s/ *Hunter R. Eley*
Hunter R. Eley

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On August 1, 2011, I served the foregoing document described as **DECLARATION OF HUNTER R. ELEY IN SUPPORT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☒ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2011, at Los Angeles, California.

/s/ *Felicia Dorng*
Felicia Dorng

# SERVICE LIST

Deon L. Thomas  
14626 Red Gum Street  
Moreno Valley, CA 92555

T: (951) 413-9071  
F: (951) 242-7015  
Dlthomas32@gmail.com  
*Plaintiff in Pro Se*