**DOLL AMIR & ELEY LLP**
Hunter R. Eley (SBN 224321)
Hemmy So (SBN 259374)
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101
E-mail:  HEley@dollamir.com
         HSo@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS Pro Se<br><br>    Plaintiff,<br><br>v.<br><br>BLEIER & COX LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N.A. ("COBUSANA"), and DOES 1 through 10,<br><br>    Defendants. | Case No. CV11-04428 AHM (OPx)<br><br>**EXHIBITS TO DECLARATION OF HUNTER R. ELEY IN SUPPORT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date: August 22, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. A. Howard Matz |

# EXHIBIT 1

Deon L. Thomas, Pro Se'
14626 Red Gum St.
Moreno Valley, CA. 92555
(951) 413-9071
dlthomas32@gmail.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Deon L. Thomas | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | |
| Defendant Bleier and Cox LLP  v. Co-Defendant NCO Financial System Inc., Capital One, aka, Capitalone, National Association Capitalone Financial Corp., Capital One Bank (USA), N.A., Capital One Bank (USA), N.A. (CoBosANA)   DEFENDANT(S). | NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT (For use with State Service only) |

To: __Hunter R. Eley__    Attorney of Record has been copied this Summons and Complaint

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on __6-30-2011__.

_Deon J. Thomas Pro Se', without prejudice_
Signature of Sender

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

__1888 Century Park East, Ste. 1850__    on __June 30, 2011__
__Los Angeles, CA 90067__ Address                            Date

_Hunter R. Eley_
Signature
__Attorney for Defendant Capital One__
Relationship to Entity/Authority to Receive Service of Process

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067.**

On July 6, 2011, I served the foregoing document described as **NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☒ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 6, 2011, at Los Angeles, California.

Felicia Dorng

## SERVICE LIST

Deon L. Thomas  
14626 Red Gum Street  
Moreno Valley, CA 92555

T: (951) 413-9071  
F: (951) 242-7015  
Dlthomas32@gmail.com  
*Plaintiff in Pro Se*

# EXHIBIT 2

# Hemmy So

**From:** Hunter Eley [HEley@Dollamir.com]
**Sent:** Tuesday, July 12, 2011 2:11 PM
**To:** deon thomas`; deon thomas`
**Cc:** Hemmy So; Hemmy So
**Subject:** RE: Thomas v. Bleier & Cox LLP, et. al.,

Mr. Thomas,

Thank you for following up with me on this matter. I have been unable to take your calls, as I had filing deadlines the last two days. I have copied my colleague Hemmy So on this email, as she will be working with me on this case. One of us will be back in touch with you shortly.

Best regards,

Hunter R. Eley
Doll Amir & Eley LLP
1888 Century Park East,
Suite 1850
Los Angeles, CA  90067
Tel: (310) 557-9100
Fax: (310) 557-9101
http://www.dollamir.com

**From:** deon thomas` [mailto:dlthomas32@gmail.com]
**Sent:** Tuesday, July 12, 2011 12:28 PM
**To:** Hunter Eley
**Subject:** Thomas v. Bleier & Cox LLP, et. al.,

Mr. Eley,

I have attempted to contact you several times yesterday. We must remember to keep open communication with each other, this process can go smoothly if we allow it to. I will be available to talk with you today, if you are open for a conversation regarding this matter, please give me a call.

Deon L. Thomas
951-413-9071

1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On August 1, 2011, I served the foregoing document described as **EXHIBITS TO DECLARATION OF HUNTER R. ELEY IN SUPPORT OF DEFENDANT CAPITAL ONE BANK (USA), N.A.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☒ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees. The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 1, 2011, at Los Angeles, California.

/s/ *Felicia Dorng*
Felicia Dorng

| | |
|---|---|
| 1 | **SERVICE LIST** |

Deon L. Thomas  T: (951) 413-9071
14626 Red Gum Street  F: (951) 242-7015
Moreno Valley, CA 92555  Dlthomas32@gmail.com
  *Plaintiff in Pro Se*