Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com

FILED
2011 AUG -2 PM 12: 02
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas Pro Se'
Plaintiff

V.

Bleier & Cox LLP
Defendant

Co-Defendants:
NCO Financial Systems, Inc., CAPITAL ONE, aka
CAPITAL ONE, NATIONAL ASSOCIATION,
CAPITAL ONE FINANCIAL CORP, CAPITAL
ONE BANK (USA), N. A., Capital One Bank
(USA), N.A. ("COBUSANA")
Does 1 through 10

Case No: 2:11-cv-04428 AHM (opX)

**AFFIDAVIT OF DEON L. THOMAS SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM TO THE COURT IN REFERENCE TO THE VIOLATION OF THE LAW**

**AFFIDAVIT OF DEON L. THOMAS SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM TO THE COURTIN REFERENCE TO THE VIOLATION OF THE LAW**

1. Plaintiff has found that on or about July 2011 that the Co-Defendant Capital One (USA) N.A had pulled the Plaintiff's credit report, by placing account in dispute by subscriber, without permissible purpose. The Co-Defendant has continuously and flagrantly violated the law in regards to the Fair Credit Reporting Act (FCRA) 15 USC 1681, et seq. Attached to this affidavit is Exhibit "A" consisting of 2 pages, which show how the Defendant has pulled the Plaintiff's report AFTER litigation has commenced in direct violation to the FCRA.

2. Exhibit "A" shows the Co-Defendant Capital One (USA) N.A in the Experian Credit Report, dated July 2011 which shows that now, **AFTER** litigation has commenced, the Defendant accessed the Plaintiff's report. Therefore, Defendant has again broken the law by obtaining Plaintiffs information under false pretenses [15 U.S.C. g 1681q] which is fineable under title 18, United States Code, and subject to imprisonment for not more than2 years, or both. Additionally, Defendant has also broken the law by pulling Plaintiff's credit report during litigation.

3. The copies identified as Exhibit "A" attached hereto are true and correct copies of the originals provided to the Plaintiff by Experian Credit Reporting Agency.

///
///
///
///

4. The foregoing is within my personal knowledge, and if called as a witness, I could competently testify thereto. I declare under penalty of perjury under the law of California that the foregoing is true and correct.

Date Executed August 1, 2011.

_____
Deon L. Thomas, Pro Se', Without Prejudice, All Rights Reserved
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

**JURAT**

State of California

County of Riverside

**Subscribed and sworn to** (or affirmed) before me on this **1** day of **AUGUST**, 20**11**, by **DEON LAMARR THOMAS**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature _Lorraine Marie Rios_ (seal)

LORRAINE MARIE RIOS
Commission # 1935449
Notary Public - California
San Bernardino County
My Comm. Expires May 7, 2015

## CERTIFICATE OF SERVICE

I _Joscelin B. Thomas_ ., do hereby certify that I am not a party to the cause herein, and that on August 2, 2011, I served the **AFFIDAVIT OF DEON L. THOMAS SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM** upon the counsel, Hunter R. Eley, and Hemmy So of Doll Amir & Eley LLP, named below by depositing in the United States mail, one copy of the original filed/entered herein a separate sealed envelope to the address shown below with postage full pre-paid.

Doll Amir & Eley LLP
Hunter R. Eley, Hemmy So
1888 Century Park East, Ste. 1850
Los Angeles, CA. 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _8/2/11_

_____
(signature)


Joscelin B. Thomas
14626 Red Gum St
Moreno Valley, CA 92555