```
Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com
```

FILED

2011 AUG -2  PM 12: 02

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas Pro Se'
Plaintiff

V.

Bleier & Cox LLP
Defendant

Co-Defendants
NCO Financial Systems, Inc., CAPITAL ONE, aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N. A., Capital One Bank (USA), N.A. ("COBUSANA")
Does 1 through 10

Case No: 2:11-cv-04428 AHM (OPx)

**EXHIBITS TO AFFIDAVIT OF DEON L. THOMAS SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM TO THE COURT IN REFERENCE TO THE VIOLATION OF THE LAW**

---

**EXHIBITS TO AFFIDAVIT OF DEON L. THOMAS**

1

**EXHIBIT A**



Credit Report Prepared For:
# DEON L THOMAS
Report as Of: 7/21/2011



**Personal & Confidential**
Please Keep in a safe place for your records.

Exhibit "A"

**DEON L THOMAS**  
Report As Of: 7/21/2011

# Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

**CAP ONE**                                         Experian                              Equifax                              TransUnion

Potentially Negative Closed

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | CAP ONE | CAPITAL ONE BANK USA | CAP ONE |
| Account # | 51780524XXXX | 51780524XXXX | 51780524XXXX |
| Account Type | Credit Card | Revolving or Option | Revolving account |
| Balance | $6,238.00 | $6,238.00 | $6,238.00 |
| Past Due | $6,238.00 | $6,238.00 | $6,238.00 |
| Date Opened | 5/1/2004 | 5/1/2004 | 5/14/2004 |
| Account Status | Closed | | Closed |
| Mo. Payment | | | |
| Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| High Balance | | $4,012.00 | $4,012.00 |
| Limit | $2,800.00 | | $2,800.00 |
| Terms | Revolving | | |
| Comments | Account in dispute-reported by subscriber | CHARGED OFF ACCOUNT | Account information disputed by consumer |

No Phone Provided  
PO BOX 85520  
RICHMOND, VA 23285

**24/Mo Payment History**

| | 2009 | | | | | | 2010 | | | | | | | | | | | | 2011 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

---

**CAP ONE**                                         Experian                              Equifax                              TransUnion

Potentially Negative Closed

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | CAP ONE | CAPITAL ONE BANK USA | CAP ONE |
| Account # | 51780523XXXX | 51780523XXXX | 51780523XXXX |
| Account Type | Credit Card | Revolving or Option | Revolving account |
| Balance | $1,097.00 | $1,097.00 | $1,097.00 |
| Past Due | $1,097.00 | $1,097.00 | $1,097.00 |
| Date Opened | 3/1/2003 | 3/1/2003 | 3/24/2003 |
| Account Status | Closed | | Closed |
| Mo. Payment | | | |
| Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| High Balance | | $799.00 | $799.00 |
| Limit | $300.00 | | $300.00 |
| Terms | Revolving | | |
| Comments | Credit line closed-grantor request-reported by subscriber | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS CHARGED OFF ACCOUNT | Canceled by credit grantor |

No Phone Provided  
PO BOX 85520  
RICHMOND, VA 23285

**24/Mo Payment History**

| | 2009 | | | | | | 2010 | | | | | | | | | | | | 2011 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

## CERTIFICATE OF SERVICE

I **Joscelin B. Thomas**, do hereby certify that I am not a party to the cause herein, and that on August 2, 2011, I served the **EXHIBITS TO AFFIDAVIT OF DEON L. THOMAS SUBMITTED IN SUPPORT OF PLAINTIFF'S MEMORANDUM** upon the counsel, Hunter R. Eley, of Doll Amir & Eley LLP, named below by depositing in the United States mail, one copy of the original filed/entered herein a separate sealed envelope to the address shown below with postage full pre-paid.

Doll Amir & Eley LLP
Hunter R. Eley, Hemmy So
1888 Century Park East, Ste. 1850
Los Angeles, CA. 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/2/11

(signature)

Joscelin B. Thomas
14626 Red Gum St
Moreno Valley, CA 92555