FILED

1  Deon L. Thomas, Pro Se'
   14626 Red Gum Street
2  Moreno Valley, CA 92555          2011 AUG -2  PM 12: 02
   951-413-9071/951-242-7015
3  dlthomas32@gmail.com             CLERK, U.S. DISTRICT COURT
                                    CENTRAL DIST. OF CALIF.
4                                         LOS ANGELES

5                                   BY_____

6

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8                                      )
   Deon L. Thomas  Pro Se'             )
9  Plaintiff                           )  Case No: 2:11-cv-04428 AHM (OPx)
                                       )
10 V.                                  )  **EXHIBITS TO PLAINTIFF'S NOTICE AND**
                                       )  **MEMORANDUM IN SUPPORT TO THE**
11 Bleier & Cox LLP                    )  **COURT AS REQUIRED PURSUANT TO**
   Defendant                           )  **U.S.C. TITLE 18 SECTION 4**
12                                     )
   Co-Defendants                       )
13 NCO Financial Systems, Inc., CAPITAL ONE, aka )
   CAPITAL ONE, NATIONAL ASSOCIATION,
14 CAPITAL ONE FINANCIAL CORP., CAPITAL
   ONE BANK (USA), N. A., Capital One Bank
15 (USA), N.A. ("COBUSANA")
   Does 1 through 10
16 _____

17

...

28
                                      [1]
   **EXHIBITS TO PLAINTIFF'S NOTICE AND MEMORANDUM IN SUPPORT TO THE COURT AS REQUIRED PURSUANT TO U.S.C.**
   **TITLE 18 SECTION 4**

**EXHIBIT A**



Credit Report Prepared For:
**DEON L THOMAS**
Report as Of: 7/21/2011



**Personal & Confidential**
Please Keep in a safe place for your records.

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### CAP ONE

Potentially Negative Closed

No Phone Provided
PO BOX 85520
RICHMOND, VA 23285

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | CAP ONE | CAPITAL ONE BANK USA | CAP ONE |
| Account # | 51780524XXXX | 51780524XXXX | 51780524XXXX |
| Account Type | Credit Card | Revolving or Option | Revolving account |
| Balance | $6,238.00 | $6,238.00 | $6,238.00 |
| Past Due | $6,238.00 | $6,238.00 | $6,238.00 |
| Date Opened | 5/1/2004 | 5/1/2004 | 5/14/2004 |
| Account Status | Closed | | Closed |
| Mo. Payment | | | |
| Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| High Balance | | $4,012.00 | $4,012.00 |
| Limit | $2,800.00 | | $2,800.00 |
| Terms | Revolving | | |
| Comments | Account in dispute-reported by subscriber | CHARGED OFF ACCOUNT | Account information disputed by consumer |

**24/Mo Payment History**

| Month | 2009 JUL | AUG | SEP | OCT | NOV | DEC | 2010 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2011 JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| TransUnion | | | | | | | | | | | | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | OK | OK |

### CAP ONE

Potentially Negative Closed

No Phone Provided
PO BOX 85520
RICHMOND, VA 23285

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Account Name | CAP ONE | CAPITAL ONE BANK USA | CAP ONE |
| Account # | 51780523XXXX | 51780523XXXX | 51780523XXXX |
| Account Type | Credit Card | Revolving or Option | Revolving account |
| Balance | $1,097.00 | $1,097.00 | $1,097.00 |
| Past Due | $1,097.00 | $1,097.00 | $1,097.00 |
| Date Opened | 3/1/2003 | 3/1/2003 | 3/24/2003 |
| Account Status | Closed | | Closed |
| Mo. Payment | | | |
| Payment Status | Charge-off | Bad debt & placed for collection & skip | Charged off as bad debt |
| High Balance | | $799.00 | $799.00 |
| Limit | $300.00 | | $300.00 |
| Terms | Revolving | | |
| Comments | Credit line closed-grantor request-reported by subscriber | CONSUMER DISPUTES - REINVESTIGATION IN PROGRESS CHARGED OFF ACCOUNT | Canceled by credit grantor |

**24/Mo Payment History**

| Month | 2009 JUL | AUG | SEP | OCT | NOV | DEC | 2010 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2011 JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| Equifax | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |
| TransUnion | | | | | | | | | | | | KD | KD | KD | KD | KD | KD | KD | KD | KD | OK | OK | OK | OK |

# CERTIFICATE OF SERVICE

I **Joscelin B. Thomas**, do hereby certify that I am not a party to the cause herein, and that on August 2, 2011, I served the **EXHIBITS TO PLAINTIFF'S NOTICE AND MEMORANDUM IN SUPPORT TO THE COURT AS REQUIRED PURSUANT TO U.S.C. TITLE 18 SECTION 4** upon the counsel, Hunter R. Eley, of Doll Amir & Eley LLP, named below by depositing in the United States mail, one copy of the original filed/entered herein a separate sealed envelope to the address shown below with postage full pre-paid.

Doll Amir & Eley LLP
Hunter R. Eley, Hemmy So
1888 Century Park East, Ste. 1850
Los Angeles, CA. 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/2/11

_(signature)_

Joscelin B. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555