Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071/951-242-7015
dlthomas32@gmail.com


FILED
CLERK, U.S. DISTRICT COURT
AUG - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Deon L. Thomas  Pro Se'
Plaintiff

V.

Bleier & Cox LLP
Defendant

Co-Defendants:
NCO Financial Systems, Inc., CAPITAL ONE, aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP, CAPITAL ONE BANK (USA), N. A., Capital One Bank (USA), N.A. ("COBUSANA")
Does 1 through 10

Case No: 2:11-cv-04428 AHM (opX)

Amended Affidavit of Competency

---

## ~~or~~ Amended Affidavit of Competency

Comes now the Plaintiff Deon L. Thomas hereinafter (Plaintiff):

The Co-Defendant is a corporation and not a minor, child or incompetent individual. The California Civil Process, Inc. served upon the Co-Defendant CAPITAL ONE, aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP., CAPITAL ONE BANK (USA), N. A., Capital One Bank (USA), N.A. ("COBUSANA") agent for service of process CSC-Lawyers Incorporation Service, located at , 2730 Gateway Oaks Drive, Suite 100, Sacramento, CA 95834. Agent Served: Becky DeGeorge, the First Amended Summons and Complaint for this action on or about the 14th Day of June 2011. According to the record the Co-Defendant was due to respond on July 6th 2011. The Attorney Hunter R. Eley, who was authorized to accept summons and Complaint for Co-Defendant CAPITAL ONE BANK (USA), N. A., was sent a Notice and Acknowledgment of Receipt of First Amended Summons and Complaint on June 30, 2011. The Co-Defendant had 20 days to respond and the Co-Defendant has failed to do so as required by the summons and complaint outlined in Rule 4. Plaintiff hereby certifies that the Co-Defendant is competent and has not responded to

the court or the Plaintiff in this case by the due dates outlined in the summons and complaint and not complied with the date of response as outlined in the Notice and Acknowledgment of Receipt of Summons and Complaint per Rule 4 of Federal Rules of Procedure. *This was file originally on July 22, 2011, an amended to include the notary stamp.*

Sworn to under penalty of perjury this 25th day of July 2011.

_____
Deon L. Thomas, Pro Se', Without Prejudice, All Rights Reserved
14626 Red Gum St.
Moreno Valley, CA 92555
951-242-7015/951-413-9071
<dlthomas32@gmail.com>

**JURAT**

State of California

County of Riverside

**Subscribed and sworn to** (or affirmed) before me on this 25 day of July, 2011, by DEON LAMARR THOMAS, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Signature _____ (seal)



VICTOR MANUEL TORRES
COMM. # 1823246
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
MY COMM. EXP. NOV. 18, 2012

**AFFIDAVIT OF COMPENTENCY**                                 Case No: 2:11-cv-04428 AHM (opX)
Deon L.Thomas v. Bleier & Cox LLP

## CERTIFICATE OF SERVICE

I, Joscelin B. Thomas, do hereby certify that I am not a party to the cause herein, and that on July 22, 2011, I served the **AFFIDAVIT OF COMPETENCY** upon the counsel, Hunter R. Eley, of Doll Amir & Eley LLP, named below by depositing in the United States mail, one copy of the original filed/entered herein a separate sealed envelope to the address shown below with postage full pre-paid.

Doll Amir & Eley LLP
Hunter R. Eley
1888 Century Park East, Ste. 1850
Los Angeles, CA. 90067

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 28, 2011

_____
(signature)

Joscelin B. Thomas
14626 Red Gum St
Moreno Valley, CA 92555