# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-04428-AHM (OPx) | Date | October 3, 2011 |
|---|---|---|---|
| Title | DEON L. THOMAS v. BLEIER AND COX LLP, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deon L. Thomas, *pro se* | Debbie Kirkpatrick (via tel.) |
| | Terri Lazo |
| | Hemmy So |

**Proceedings:** SCHEDULING CONFERENCE

Scheduling conference held.

Defendants are to coordinate their summary judgment motions so that they are filed on the same date. These noticed motions should allow plaintiff three weeks to file his opposition papers and two weeks for defendants to file their respective replies. All papers must be filed at least two weeks before the single noticed hearing date.

Court orders the dates as indicated on Scheduling and Case Management Order filed this date and accepts the parties' designation of L.R. 16-15.4: Settlement Procedure No. 2. Upon selection, Ms. Lazao shall notify the settlement officer immediately of the Court's referral and presumptive schedule and file a status report with this Court confirming same. At the conclusion of the mediation, Ms. Lazo shall file another status report notifying the Court of the outcome.

cc: ADR Coordinator

|  | : | 23 |
|---|---|---|
|  | Initials of Preparer | SMO |