**DOLL AMIR & ELEY LLP**
Hunter R. Eley (SBN 224321)
Hemmy So (SBN 259374)
1888 Century Park East
Suite 1850
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
E-mail:　　HEley@dollamir.com
　　　　　　HSo@dollamir.com

Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS Pro Se<br><br>　　　Plaintiff.<br><br>　v.<br><br>BLEIER & COX LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE BANK (USA), N.A. and DOES 1 through 10,<br><br>　　　Defendants. | CASE NO. CV11-04428 AHM (OPx)<br><br>**ANSWER OF DEFENDANT CAPITAL ONE BANK (USA), N.A. TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

NOW COMES Defendant CAPITAL ONE BANK (USA), N.A. ("CAPITAL ONE"), by and through its counsel, and hereby answers the Second Amended Complaint filed by plaintiff DEON L. THOMAS ("Plaintiff") and alleges as follows:

1. Answering Paragraph 1, Capital One admits that Plaintiff alleges violations of the Fair Debt Collection Practices Act and Rosenthal Fair Debt Collection Practices Act against defendants Bleier& Cox, LLP ("Bleier & Cox") and NCO Financial System, Inc. ("NCO"), and violations of the Fair Credit Reporting Act against Capital One.

2. Answering Paragraph 2, Capital One admits that Plaintiff makes allegations about "actions and inactions" of the defendants and seeks damages, but denies that the Second Amended Complaint ("SAC") alleges that Capital One acted wrongfully with respect to attempts to collect a debt allegedly owed by Plaintiff.

3. Answering Paragraph 3, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

4. Answering Paragraph 4, Capital One admits the SAC alleges violations of statutes cited therein.  As to the allegations of paragraph 4 that relate to other defendants, Capital One does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 4 that relates to other defendants.  Capital One denies, generally and specifically, each and every remaining allegation of paragraph 4.

5. Answering Paragraph 5, as to the allegations of paragraph 5 that relate to other defendants, Capital One does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 5 that relates to other defendants. Capital One denies, generally and specifically, each and every remaining allegation of paragraph 5.

## PRELIMINARY STATEMENT

6. Answering Paragraph 6, Capital One admits that Plaintiff alleges he seeks damages for violations of the FDCPA, Rosenthal Act and FCRA.

## JURISDICTION AND VENUE

7. Answering Paragraph 7, Capital One admits that Plaintiff has alleged jurisdiction based on the FDCPA, 15 U.S.C. § 1692 et seq. and FCRA, 15 U.S.C. §§ 1681 et seq., the doctrine of supplemental jurisdiction, and diversity jurisdiction. Capital One states that these are legal conclusions that are not subject to denial or admission.

8. Answering Paragraph 8, Capital One admits that Plaintiff has alleged venue is proper in the Central District of California. Capital One states that these are legal conclusions that are not subject to denial or admission.

9. Answering Paragraph 9, Capital One admits that Plaintiff has alleged venue is proper in the Central District of California. Capital One states that these are legal conclusions that are not subject to denial or admission.

10. Answering Paragraph 10, Capital One admits that Plaintiff has alleged jurisdiction and venue. Capital One states that these are legal conclusions that are not subject to denial or admission.

## PARTIES

11. Answering Paragraph 11, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

12. Answering Paragraph 12, Capital is unable to respond to this allegation, as it is incomplete.

13. Answering Paragraph 13, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

14. Answering Paragraph 14, Capital One admits that it is a "furnisher of information" as the term is used in FCRA section 1681s-2, 15 U.S.C. § 1681s-2, and that it furnishes information to Trans Union, Experian and Equifax.

15. Answering Paragraph 15, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

16. Answering Paragraph 16, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

17. Answering Paragraph 17, Capital One admits that it provides credit services to consumers and furnishes information to credit reporting agencies, and that its corporate office is located at 15000 Capital One Drive, Richmond, VA 23238.

18. Answering Paragraph 18, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

## STATEMENT OF FACTS

19. Answering Paragraph 19, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

20. Answering Paragraph 20, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

21. Answering Paragraph 21, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

22. Answering Paragraph 22, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

23. Answering Paragraph 23, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

24. Answering Paragraph 24, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

25. Answering Paragraph 25, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

26. Answering Paragraph 26, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

27. Answering Paragraph 27, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

28. Answering Paragraph 28, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

29. Answering Paragraph 29, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

30. Answering Paragraph 30, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

31. Answering Paragraph 31, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

32. Answering Paragraph 32, Capital One admits that it reported a debt owed by Deon Thomas to Trans Union, Experian and Equifax. Capital One denies, generally and specifically, each and every remaining averment contained herein.

33. Answering Paragraph 33, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

34. Answering Paragraph 34, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

35. Answering Paragraph 35, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

36. Answering Paragraph 36, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

37. Answering Paragraph 37, Capital One does not have knowledge or information sufficient to form a belief as to the allegations regarding the actions of the Credit Reporting Agencies. Capital One denies, generally and specifically, each and every remaining averment contained herein.

38. Answering Paragraph 38, Capital One denies, generally and specifically, each and every averment contained herein.

39. Answering Paragraph 39, Capital One denies, generally and specifically, each and every averment contained herein.

40. Answering Paragraph 40, Capital One denies, generally and specifically, each and every averment contained herein.

41. Answering Paragraph 41, as to the allegations that relate to other defendants, Capital One does not have knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies, generally and specifically, each and every allegation of paragraph 41 that relates to other defendants. Capital One denies, generally and specifically, each and every remaining allegation of paragraph 41.

42. Answering Paragraph 42, Capital One admits that Plaintiff seeks relief through his SAC.

## Count 1

## VIOLATION OF THE FCDPA 15 U.S.C. § 1692

### By Defendants Bleier and NCO

43. Answering Paragraph 43, Capital One repeats and re-alleges Paragraphs 1 through 42 of this Answer as though they were set forth herein in their entirety.

44. Answering Paragraph 44, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

45. Answering Paragraph 45, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

46. Answering Paragraph 46, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

47. Answering Paragraph 47, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

DOLL AMIR & ELEY LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
(310) 557-9100

48. Answering Paragraph 48, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

49. Answering Paragraph 49, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

50. Answering Paragraph 50, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

## Count II

## VIOLATION OF THE ROSENTHAL CAL. CIVIL CODE§ *1788 et seq.*

### By Defendants Bleier and NCO

51. Answering Paragraph 51, Capital One repeats and re-alleges Paragraphs 1 through 50 of this Answer as though they were set forth herein in their entirety.

52. Answering Paragraph 52, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

53. Answering Paragraph 53, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

54. Answering Paragraph 54, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

55. Answering Paragraph 55, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

56. Answering Paragraph 56, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

57. Answering Paragraph 57, Capital One admits that Plaintiff seeks judgment against Bleier & Cox and NCO, actual, statutory and punitive damages, and attorney's fees. Capital One does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies, generally and specifically, each and every remaining averment contained herein.

## Count III

## VIOLATION OF THE FCRA 15 U.S.C. § 1681 et seq./§ 623

## WILLFUL NON-COMPLIANCE NEGLIGENT NON-COMPLIANCE

### By Defendants Bleier and NCO

58. Answering Paragraph 58, Capital One repeats and re-alleges Paragraphs 1 through 57 of this Answer as though they were set forth herein in their entirety.

59. Answering Paragraph 59, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

60. Answering Paragraph 60, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

61. Answering Paragraph 61, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

62. Answering Paragraph 62, Capital One states these are legal conclusions that are not subject to denial or admission.

63. Answering Paragraph 63, Capital One states these are legal conclusions that are not subject to denial or admission.

64. Answering Paragraph 64, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

65. Answering Paragraph 65, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

66. Answering Paragraph 66, Capital One states these are legal conclusions that are not subject to denial or admission.

67. Answering Paragraph 67, Capital One states that Plaintiff's allegation regarding the definition of "account" is a legal conclusion that is not subject to admission or denial. Capital One does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies, generally and specifically, each and every remaining averment contained herein.

68. Answering Paragraph 68, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

69. Answering Paragraph 69, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

70. Answering Paragraph 70, Capital One admits that Plaintiff seeks judgment against Bleier & Cox and NCO, statutory and punitive damages, and attorney's fees and costs. Capital One does not have knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and on that basis, denies, generally and specifically, each and every remaining averment contained herein.

/ / /

/ / /

/ / /

## Count VI

## VIOLATION OF THE FCRA 15 U.S.C. § 1681 et seq./§ 623

## WILLFUL NON-COMPLIANCE NEGLIGENT NON-COMPLIANCE

### By Defendants Cap

71. Answering Paragraph 71, Capital One repeats and re-alleges Paragraphs 1 through 70 of this Answer as though they were set forth herein in their entirety.

72. Answering Paragraph 72, Capital One states these are legal conclusions that are not subject to denial or admission.

73. Answering Paragraph 73, Capital One admits that it is a furnisher of information as the term is used in 15 U.S.C. § 1681s-2.

74. Answering Paragraph 74, Capital One does not have knowledge or information sufficient to form a belief as to the truth of these allegations, and on that basis, denies, generally and specifically, each and every averment contained herein.

75. Answering Paragraph 75, Capital One admits that it received notifications from credit reporting agencies regarding disputes on an account associated with Deon Thomas. Capital One denies, generally and specifically, each and every remaining averment contained herein.

76. Answering Paragraph 76, Capital One admits that Plaintiff seeks judgment against Capital One, actual, statutory and punitive damages, and attorney's fees. Capital One denies generally and specifically, each and every remaining averment contained herein.

## Count V

## VIOLATION OF THE FCRA 15 U.S.C. *§ 1681 et seq./§ 623*

### By Defendants Cap

77. Answering Paragraph 77, Capital One repeats and re-alleges Paragraphs 1 through 76 of this Answer as though they were set forth herein in their entirety.

78. Answering Paragraph 78, Capital One states these are legal conclusions that are not subject to denial or admission.

79. Answering Paragraph 79, Capital One admits that it is a furnisher of information as the term is used in 15 U.S.C. § 1681s-2.

80. Answering Paragraph 80, Capital One denies, generally and specifically, each and every averment contained herein.

81. Answering Paragraph 81, Capital One admits that Plaintiff seeks judgment against Capital One, actual, statutory and punitive damages, and attorney's fees.  Capital One denies generally and specifically, each and every remaining averment contained herein.

## AFFIRMATIVE DEFENSES

NOW WHEREFORE, having answered the SAC, Capital One asserts the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

1. The SAC fails to state a claim upon which relief can be granted against Capital One.

### SECOND AFFIRMATIVE DEFENSE

2. Plaintiff has failed to mitigate his damages.

### THIRD AFFIRMATIVE DEFENSE

3. Plaintiff is barred from any legal or equitable relief under each of the purported causes of action in the SAC, to the extent Capital One has offsetting claim(s).

### FOURTH AFFIRMATIVE DEFENSE

4. No punitive damages are recoverable in this Action.  Any award of punitive damages against Capital One is unconstitutional.

### FIFTH AFFIRMATIVE DEFENSE

5. CAPITAL ONE alleges that its conduct was lawful, within its legal

rights, and were done with a good faith belief in the exercise of those rights. Further, under the circumstances, and based on information reasonably available to Capital One, Capital One acted in good faith in the honest belief that its acts, conduct and communications were justified.

### SIXTH AFFIRMATIVE DEFENSE

6. Capital One alleges that its alleged actions were not accompanied by actual malice, intent or ill will.

### SEVENTH AFFIRMATIVE DEFENSE

7. Assuming *arguendo* that Capital One violated the FCRA, which Capital One denies, generally and specifically, such violation was not intentional, but a result of a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid such error.

### EIGHTH AFFIRMATIVE DEFENSE

8. Capital One alleges that if Plaintiff was damaged in any sum or sums alleged, which Capital One denies, generally and specifically, each and every averment contained in the complaint, then Plaintiff's damages are limited by 15 U.S.C. § 1681 et. seq.

### NINTH AFFIRMATIVE DEFENSE

9. Plaintiff's claims are barred by the doctrine of unclean hands.

### TENTH AFFIRMATIVE DEFENSE

10. Capital One reserves the right to allege and assert any additional and/or further affirmative defenses as become apparent to Capital One during the course of litigation.

WHEREFORE, Defendant CAPITAL ONE prays for judgment against Plaintiff as follows:

1. That the Second Amended Complaint be dismissed with prejudice in its entirety;

2. That Plaintiff take nothing by reason of his Second Amended Complaint;

3. That judgment be entered in favor of Defendant CAPITAL ONE;

4. For recovery of Defendant CAPITAL ONE'S costs of suit, including its attorneys' fees to the extent recoverable by contract or law; and

5. For such other and further relief as the Court deems just.

Dated:  November 1, 2011          **DOLL AMIR & ELEY LLP**

/s/ *Hemmy So*_____.
    Hemmy So
Attorneys for Defendant
CAPITAL ONE BANK (USA), N.A.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **1888 Century Park East, Suite 1850, Los Angeles, California 90067**.

On November 1, 2011, I served the foregoing document described as **ANSWER OF DEFENDANT CAPITAL ONE BANK (USA), N.A. TO PLAINTIFF'S SECOND AMENDED COMPLAINT** on the interested parties in this action by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1888 Century Park East, Suite 1850, Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported.  Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT DELIVERY:** I caused such documents to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressees.  The envelope or package was deposited with delivery fees thereon fully prepaid.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) via electronic mail, and no error was reported. Said email was directed as indicated on the service list.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 1, 2011, at Los Angeles, California.

/s/ *Felicia Dorng*
Felicia Dorng

**SERVICE LIST**

| | |
|---|---|
| Deon L. Thomas<br>14626 Red Gum Street<br>Moreno Valley, CA 92555 | T: (951) 413-9071<br>F: (951) 242-7015<br>Dlthomas32@gmail.com<br>*Plaintiff in Pro Se* |
| Harvey M. Moore, Esq.<br>Terri Lazo, Esq.<br>The Moore Law Group, APC<br>3710 S. Susan Street, Ste. 210<br>Santa Ana, CA 92704 | T: (714) 431-2050<br>*Attorneys for Defendant Bieier & Cox LLP* |
| Debbie P. Kirkpatrick, Esq.<br>Sessions, Fishman, Nathan & Israel, LLP<br>1545 Hotel Circle South, Ste. 150<br>San Diego, CA 92108 | T: (619) 758-2892<br>*Attorney for Co-Defendant NCO Financial Systems, Inc.* |