Harvey M. Moore, Esq., CBN 101128
Terri Lazo, Esq., CBN 228663
The Moore Law Group,
A Professional Corporation
3710 S. Susan St., Ste 210
P.O. Box 25145
Santa Ana, CA 92799-5145
(714) 431-2000

Attorneys for Defendant
Bleier & Cox, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>BLEIER & COX, LLP<br><br>    Defendant.<br><br>Co-Defendants<br>NCO FINANCIAL SYSTEMS, INC.,<br>CAPITAL ONE, aka CAPITAL ONE,<br>NATIONAL ASSOCIATION,<br>CAPITAL ONE FINANCIAL CORP.,<br>CAPITAL ONE BANK (USA), N.A.,<br>CAPITAL BANK (USA), N.A.<br>("COBUSANA")<br>DOES 1 through 10 | Case No. 2:11-cv-04428 AMH (OPx)<br><br>**JOINT MOTION TO DISMISS COMPLAINT WITH PREJUDICE AS TO DEFENDANT BLEIER & COX, LLP** |

///

///

///

1. COMES NOW Plaintiff Deon L. Thomas and Defendant Bleier & Cox, LLP, by and through their attorneys to respectfully move this Honorable Court to dismiss the Complaint in the above captioned case with Prejudice as to Defendant Bleier & Cox, LLP only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This motion is brought upon the grounds that the parties have settled this matter. The parties request that each party shall bear its own costs and expenses. A proposed order has been concurrently filed and electronically submitted via email to the Judge.

Respectfully Submitted,

Dated: December 15, 2011

Deon L. Thomas

By: _____
Plaintiff in Pro Per

Dated: December 19, 2011

The Moore Law Group, APC

By: _____
Harvey M. Moore
Terri Lazo
Attorneys for Defendant
Bleier & Cox, LLP

# CERTIFICATE OF SERVICE

I, Terri Lazo, do hereby certify that on December 19, 2011, a copy of the forgoing document was sent via U.S. Mail to:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Debbie P. Kirkpatrick, Esq.
Sondra R. Levine, Esq.
Sessions, Fishman, Nathan, & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

Hemmy So, Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067

_____
TERRI LAZO

///
///

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 3710 S. Susan Street, Suite 210, Santa Ana, CA 92704.

On December 19, 2011, I served the foregoing documents described as:

**Joint Motion to Dismiss Complaint as to Defendant Bleier & Cox, LLP**

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[x] by placing ___ the original _x_ a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] by causing personal service of the foregoing document via DDS at the following address:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Debbie P. Kirkpatrick, Esq.
Sondra R. Levine, Esq.
Sessions, Fishman, Nathan, & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

Hemmy So, Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067

[x] BY MAIL

  [ ] I deposited such envelope in the mail at Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.
  [x] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] ** (VIA EMAIL) I caused the above-referenced document to be delivered via electronic mail to the above-referenced email address.

4

[ ] ** (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] **(VIA ONTRAC OVERNIGHT EXPRESS) As follows: I am "readily familiar" with the firm's practice of practice of collection and processing documents for overnight delivery.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2011, at Santa Ana, California

_____
TERRI LAZO