1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9
10                  CENTRAL DISTRICT OF CALIFORNIA
11

12  DEON L. THOMAS,                    | Case No. 2:11-cv-04428 AMH (OPx)

                Plaintiff,
13
14          vs.                         | **[PROPOSED] ORDER ON**

15  BLEIER & COX, LLP                   | **JOINT MOTION TO DISMISS**
                                        | **COMPLAINT WITH PREJUDICE AS**
16                Defendant.            | **TO DEFENDANT BLEIER & COX,**

17  Co-Defendants                       | **LLP**
    NCO FINANCIAL SYSTEMS, INC.,
18  CAPITAL ONE, aka CAPITAL ONE,
    NATIONAL ASSOCIATION,
19  CAPITAL ONE FINANCIAL CORP.,
    CAPITAL ONE BANK (USA), N.A.,
20  CAPITAL BANK (USA), N.A.
    ("COBUSANA")
21  DOES 1 through 10

22
23
24  ///
25  ///
26
27  ///
28  ///

The Parties having filed a Joint Motion to Dismiss with Prejudice, the Court having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion.

The Complaint is dismissed with Prejudice.

Each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: December __, 2011

_____
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I, Terri Lazo, do hereby certify that on December 19, 2011, a copy of the forgoing document was sent via U.S. Mail to:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Debbie P. Kirkpatrick, Esq.
Sondra R. Levine, Esq.
Sessions, Fishman, Nathan, & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

Hemmy So, Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067

_____
TERRI LAZO

///

///

3

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the county of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3710 S. Susan Street, Suite 210, Santa Ana, CA 92704.

On December 19, 2011, I served the foregoing documents described as:

**Proposed Order on Joint Motion to Dismiss**

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

[x] by placing  ____  the original  _x_  a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] by causing personal service of the foregoing document via DDS at the following address:

Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555

Debbie P. Kirkpatrick, Esq.
Sondra R. Levine, Esq.
Sessions, Fishman, Nathan, & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, CA 92108-3426

Hemmy So, Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Los Angeles, CA 90067

[ x]BY MAIL

[ ] I deposited such envelope in the mail at Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

[x ]As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  ** (VIA EMAIL) I caused the above-referenced document to be delivered via electronic mail to the above-referenced email address.

4

[ ] ** (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] **(VIA ONTRAC OVERNIGHT EXPRESS) As follows:  I am "readily familiar" with the firm's practice of practice of collection and processing documents for overnight delivery.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x](Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 19, 2011, at Santa Ana, California

_____

TERRI LAZO