Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLEIER & COX, LLP, NCO FINANCIAL SYSTEMS, INC., CAPITAL ONE aka CAPITAL ONE, NATIONAL ASSOCIATION, CAPITAL ONE FINANCIAL CORP, CAPIAL ONE BANK (USA) N.A.,<br><br>　　　　Defendants. | Case No. 2:11-CV-04428 AHM (OPx)<br><br>STIPULATION TO DISMISS DEFENDANT NCO FINANCIAL SYSTEMS, INC. WITH PREJUDICE |

　　　Plaintiff Deon L. Thomas and Defendant NCO Financial Systems, Inc., through its designated counsel of record, submit this Stipulation to Dismiss and state as follows:

All claims and causes of action against Defendant which were or could have been the subject matter of this lawsuit have been resolved and the parties agree to dismissal of said claims and causes of action without further costs and with prejudice.

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through its designated counsel, that the above captioned action is dismissed as to Defendant NCO Financial Systems, Inc. without further costs and with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

Dated: 12/30/11

*Deon L. Thomas*
Deon L. Thomas
Pro Se Plaintiff

Dated: 12/30/11

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
Attorney for Defendant
NCO Financial Systems, Inc.

CASE NAME: Deon L. Thomas v. NCO Financial Systems, Inc. et al
CASE NO:   11 cv-04428 AHM OPx

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108.  On this date I served the following:

**STIPULATION TO DISMISS DEFENDANT
NCO FINANCIAL SYSTEMS INC. WITH PREJUDICE**

( X )  BY U.S. MAIL

    I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California.  Said envelope(s) was/were addressed as listed hereafter:

(  )   BY FACSIMILIE MACHINE

    I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed.  Attached hereto is the Confirmation Report confirming the status of the transmission.

(  )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

    I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 30, 2011

Ann M. Coito